[No. 22798–0–I. Division One. July 16, 1990.]

LIBERTY BANK OF SEATTLE, *Respondent,* v. KENNETH LOMBARD, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 87–2–20257–7, Donald D. Haley, J., entered June 20, 1988. *Affirmed in part* and *reversed in part* by unpublished opinion per Pekelis, J., concurred in by Scholfield and Baker, JJ.

[No. 12853–5–II. Division Two. July 16, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES WALLACE BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 87–1–00561–3, Karen B. Conoley, J., entered April 13, 1989. *Reversed* by unpublished opinion per Shields, J., concurred in by Munson, C.J., and Thompson, J.

[No. 12590–1–II. Division Two. July 16, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. GLEN C. HOKANSON, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 87–1–01094–5, James D. Ladley, J., entered February 3, 1989. *Affirmed* by unpublished opinion per Shields, J., concurred in by Munson, C.J., and Thompson, J.